# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

JBCW Enterprises, LLC, Silenus, LLC,   *
ACS Consulting, Inc., and Coast Diagnostics, LLC,   *
  *
                    Plaintiff,   *
vs.   *   Case No. 1:24-cv-00047
  *
Sonny Patel, individually, Alcheme, LLC,   *
Calvin J. Calvin, individually, and Calvin & Associates, Inc., *
                    Defendant.   *

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:**
   JBCW Enterprises, LLC, Silenus, LLC, ACS Consulting, Inc., and Coast Diagnostics, LLC

2. **State:**
   (a) Full name: Brian E. Dickerson
   (b) Present business address: 6846 Trail Boulevard, Naples, FL 34108
   (c) Office telephone number and email: (202) 570-0248
   (d) Name of your firm, company or agency: The Dickerson Law Group, P.A.

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:** Capital University Law School; attended 1993-96; Juris Doctor

4. (a) **Are you a member in good standing of the bar of the Supreme Court of Alabama?** No.
   (b) **If so, state the month and year you were admitted:** N/A
   (c) **Are you a member in good standing of the bar of any other state's highest court?** Yes.
   (d) **If so, name the state(s) and the month and year you were admitted:** Florida (April 1997), Ohio (May 1998), Illinois (November 1997), New York (September 2013), District of Columbia (July 2005)

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:** *See* Addendum A.

6. **Are you regularly engaged in the practice of law in the State of Alabama?** No.

---

[1] Attach additional pages as needed for complete responses.

7. **(a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?** No.

   **(b) If so, describe fully the circumstances:** N/A

8. **(a) Do you presently have pending against you any disciplinary charges by any court or bar association?** No.

   **(b) If so, describe fully the circumstances:** N/A

9. **(a) Have you ever been cited for contempt by any federal or state court?** No.

   **(b) If so, describe fully the circumstances:** N/A

10. **(a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?** No.

    **(b) If so, describe fully the circumstances:** N/A

11. **Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court?** Yes

12. **Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court?** Yes

    (The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at **(www.alsd.uscourts.gov/.)**

13. **I declare under penalty of perjury that the foregoing is true and correct.**

    Brian E. Dickerson
    **Applicant Name**

    **Date:** February 12, 2024

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

*[Signature: Brian Dickerson]*

**Signature of Attorney**

## Addendum to Question No. 5

**1.     Name the federal courts if any, to which you are presently admitted to practice and are in good standing:**

    U.S. District Court, Middle District of Florida
    U.S. District Court, Southern District of Ohio
    U.S. District Court, Northern District of Ohio
    U.S. District Court, Northern District of Illinois
    U.S. District Court, Northern District of Florida
    U.S. District Court, Southern District of Florida
    U.S. District Court, Eastern District of Mississippi
    U.S. District Court, Western District of Michigan
    U.S. District Court, Northern District of Oklahoma
    U.S. District Court, District of Massachusetts
    U.S. District Court, Southern District of Texas
    United States Court of Appeals for the Sixth Circuit
    United States Court of Appeals for the Eighth Circuit
    United States Court of Appeals for the Eleventh Circuit
    United States Court of Appeals for the Fifth Circuit
    Supreme Court of the United States
    United States Tax Court