## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JBCW ENTERPRISES, LLC,** *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:24-cv-47-TFM-MU |
| ) | |
| **SONNY PATEL,** *et al.* ) | |
| ) | |
|     **Defendants.** ) | |

### MEMORANDUM OPINION AND ORDER OF FINAL JUDGMENT

Pending before the Court is the *Unopposed Verified Motion for Entry of Judgment Pursuant to Affidavit of Confession of Judgment* (Doc. 80, filed 6/27/25). For good cause shown, it is **ORDERED** that the motion is **GRANTED**.

The Court, having considered the unopposed motion and Defendants' Affidavit of Confession of Judgment appended thereto, and being otherwise duly advised in the premises, hereby **FINDS, ORDERS, AND ADJUDGES** as follows:

(1)  Plaintiffs and Defendants entered into a Settlement Agreement (Doc. 80-1) which included the entry of a stipulated final judgment should the settlement payments not be timely made. The Settlement Agreement, ¶ 4(B) explicitly states:

> If Setting Defendants timely pay the First Installment Payment, but if the Second Installment Payment is not delivered to Plaintiffs' counsel within 72 hours of the required date, unless otherwise agreed in writing, Settling Defendants will be deemed to have defaulted on this Agreement and Plaintiffs shall thereafter be immediately entitled to file both **Exhibit B** and **Exhibit C**, and the $280,000.00 judgment amount set forth in Exhibit C shall not be reduced on account of the prior paid First Installment Payment. In no event shall the $280,000.00 judgment be reduced by any amounts paid by the Settling Defendants to Plaintiffs pursuant to the terms of this Agreement.

Doc. 80-1 at 2 (emphasis in original).

(2) Defendants failed to pay the Second Installment Payment within the agreed upon timeframe.

(3) Plaintiffs and Defendants have stipulated to the rendering of this Final Judgment in this Court pursuant to the Confession of Judgment.

(4) This Final Judgment is rendered in favor of Plaintiffs against (a) Patel as it pertains to Counts I, II, X, and XI set forth in Plaintiffs' Complaint; (b) Alcheme as it pertains to Counts V and XII set forth in Plaintiffs' Complaint; and (c) Patel and Alcheme as it pertains to Counts IV, VII, VIII, and IX set forth in Plaintiffs' Complaint.

(5) Plaintiffs shall have and recover from Defendants, jointly and severally, the total sum of **TWO HUNDRED EIGHTY THOUSAND DOLLARS** ($280,000.00), which shall bear interest in accordance with federal and state law, for which let execution issue.

(6) This Court retains jurisdiction of this matter to enter such further Orders as are necessary for enforcement hereof.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Clerk of Court shall issue a Certificate of Judgment against Defendants in favor of Plaintiffs in the total amount set forth herein, together with any additional interest that may have accrued.

**DONE** and **ORDERED** this the 3rd day of July 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE